NUMBER 13-06-704-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__________________________________________________________ 


 IN THE INTEREST OF A.S.T., A MINOR CHILD


____________________________________________________________ 


On appeal from the 319th District Court 


of Nueces County, Texas.


____________________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant attempts to appeal from a judgment terminating her parental rights. In
suits where the termination of parental rights is in issue, an appeal of a final order is
governed by the rules for accelerated appeals in civil cases. See Tex. Fam. Code Ann. §§
109.002(a), 263.405(a) (Vernon 2002 & Supp. 2006). In an accelerated appeal, the notice
of appeal must be filed within twenty days after the judgment or order is signed. Tex. R.
App. P. 26.1(b). The appellate court may extend the time to file the notice of appeal, if,
within fifteen days after the deadline for filing the notice of appeal, the party files the notice
of appeal in the trial court and files in the appellate court a motion for extension of time that
complies with the appellate rules. Tex. R. App. P. 26.3; see In re K.A.F., 160 S.W.3d 923,
926-27 (Tex. 2005).

 Here, the notice of appeal was due to have been filed not later than November 8,
2006, but was not filed until November 29, 2006. No motion for extension of time was filed.

 On January 30, 2007, this court notified appellant, pursuant to Texas Rule of
Appellate Procedure 42.3(a), that her notice of appeal was untimely. Said notice was
returned as undeliverable. The petitioners in this cause have now filed a motion to dismiss
the appeal on grounds that the notice of appeal was untimely. 

 Appellant's notice of appeal was untimely, and we are without jurisdiction of this
appeal. Because this Court is not authorized to extend the time for perfecting an appeal
except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, we GRANT
petitioners' motion and DISMISS the appeal for want of jurisdiction. See Tex. R. App. P.
42.3(a).

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 8th day of November, 2007.